# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BROWN & ROOT INDUSTRIAL
SERVICES, LLC

NO.   2022 CW 1162

VERSUS

ANTHONY E. FARRIS, JR.,
KEVIN D. STEED, AND FIDES
CONSULTING, LLC

**DECEMBER 1, 2022**

---

In Re:   Brown & Root Industrial Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705222.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT GRANTED.** The trial court's September 13, 2022 judgment sustaining the exceptions of no cause of action filed by defendants, Anthony E. Farris, Jr., Kevin D. Steed, Jaeson M. Brown, Jeffrey M. Hebert, Robert A. Huval, Mitchell L. Morgan, David E. Sterken, and Fides Consulting, LLC (collectively "Defendants"), and dismissing with prejudice Brown & Root Industrial Services, LLC's and BRIS Engineering, LLC's claims for violation of the Louisiana Uniform Trade Secrets Act ("LUTSA"), Louisiana Unfair Trade Practices Act ("LUTPA"), and breach of fiduciary duty against Kevin Steed is reversed.   A partial exception of no cause of action results in an impermissible partial judgment. See **State, by and through Caldwell v. Astra Zeneca AB**, 2016-1073 (La. App. 1st Cir. 4/11/18), 249 So.3d 38, 43 (en banc), writs denied, 2018-00766, 2018-0758 (La. 9/21/18), 252 So.3d 899, 904. If there are two or more items of damages or theories of recovery that arise from the operative facts of a single transaction or occurrence, a partial judgment on an exception of no cause of action should not be rendered to dismiss one item of damages or theory of recovery.   See **Everything on Wheels Subaru, Inc. v. Subaru South, Inc.,** 616 So.2d 1234, 1239 (La. 1993); **Expert Riser Solutions, LLC v. Techcrane International, LLC,** 2018-0612 (La. App. 1st Cir. 12/28/18), 270 So.3d 655, 663. Accordingly, the writ is granted and the Defendants' Peremptory Exceptions of No Cause of Action as to plaintiffs' claims under LUTSA, LUTPA, and breach of fiduciary duty are denied.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a. CW*
---
DEPUTY CLERK OF COURT
FOR THE COURT